Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL 60532-4350  
Ph: (630) 981-3888   Fax: (630) 981-3896

In re:  
DEBORAH K PALARZ

Case No. 08-23289  
Account No. 100001414511264793  
   DEBORAH K PALARZ  
   2400 E MAIN ST #103-210  
   ST CHARLES, IL 60174

JP MORGAN CHASE NA  
% LCS FINANCIAL  
6782 S POTOMAC ST #100  
CENTENNIAL, CO 80112

PRO SE DEBTOR  
ACTING AS OWN ATTORNEY

COSTELLO & COSTELLO  
19 N WESTERN AVE  
CARPENTERSVILLE, IL 60110

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment. The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on January 31, 2014 .

/S/ Ryan Faye  
For: Glenn Stearns, Chapter 13 Trustee, Standing Trust